UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| REINALDO PRADO, | * | |
| Petitioner, | * | |
| v. | * | C.A. No. 16-10587-ADB |
| COMMONWEALTH, | * | |
| Respondent. | * | |

ORDER OF DISMISSAL

BURROUGHS, D.J.

In a memorandum and order dated April 6, 2016 [ECF No. 4], the Court ordered that this action would be dismissed without prejudice Reinaldo Prado did not file a petition under 28 U.S.C. § 2254 for a writ of habeas corpus within forty-two days.  After that deadline passed, Prado filed his petition and the Clerk assigned it a separate docket number.  *See Prado v. Medieros*, C.A. No. 16-11055-ADB (D. Mass.).

Accordingly, this action is DISMISSED WITHOUT PREJUDICE.[1]

**SO ORDERED.**

July 19, 2016  /s/ Allison D. Burroughs
ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE

---

[1] Prado may ignore the order regarding the filing fee [ECF No. 5] that was docketed in error in this case.  The Court has redated the order and docketed it in *Prado v. Medieros*, C.A. No. 16-11055-ADB.  The petitioner must resolve the filing fee $5.00 for that action by paying it or seeking leave to proceed *in forma pauperis*.